**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 09a0260n.06
Filed: April 3, 2009

No. 07-6339

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| **RICHARDSON M. ROBERTS,** | ) | |
| | ) | |
| **Plaintiff-Appellant,** | ) | |
| | ) | |
| **v.** | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| **F I N A N C I A L   T E C H N O L O G Y** | ) | MIDDLE DISTRICT OF TENNESSEE |
| **VENTURES, L.P.,** *et al.*, | ) | |
| | ) | |
| **Defendants-Appellees.** | ) | |

Before: BOGGS, Chief Judge; GIBBONS and GRIFFIN, Circuit Judges.

**JULIA SMITH GIBBONS, Circuit Judge.** Plaintiff-appellant Richardson M. Roberts appeals the decision of the district court granting summary judgment for defendants-appellees Financial Technology Ventures, L.P., and its affiliated entities ("FTV"). Roberts sued FTV to recover a $10 million payment for agreeing to sell Verus Financial Management, Inc., a credit-card payment processing company, to the defendants. After carefully reviewing the record, the applicable law, the parties' briefs, and having had the benefit of oral argument, we find that the district court's opinion correctly sets out the facts and the governing law. Because this court's issuance of a full opinion would serve no jurisprudential purpose and would be duplicative, we affirm on the basis of the district court's well-reasoned order of October 23, 2007, granting summary judgment to FTV and finding the agreement in question invalid and unenforceable.